UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI A. EVANS,<br>Plaintiff,<br>v.<br>SOLANO COUNTY DEPARTMENT OF CHILD SUPPORT SERVICES, et al.,<br>Defendants. | No. 2:26-cv-03842-DAD-CKD (PS)<br><br>ORDER REFERRING MOTION TO ASSIGNED MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending *pro se* motion for a temporary restraining order filed by plaintiff (Doc. No. 2) is hereby referred to United States Magistrate Judge Carolyn K. Delaney for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated: **November 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE